1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
         Social Security Administration
8        160 Spear Street, Suite 800
         San Francisco, CA 94105
9
10       Telephone: (415) 977-8825
         Facsimile: (415) 744-0134
11       Email: Jennifer.Tarn@ssa.gov
12 Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSEPH JOHN HALL, | ) |
| Plaintiff, | ) Case No.: 5:20-cv-02012-PVC |
| | ) |
| vs. | ) **JUDGMENT** |
| | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

1 | The Court having approved the parties' stipulation to remand this case
2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 | entered for Plaintiff.

DATED: April 15, 2021

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE